*G. D. Oliver*, for plaintiff in error.

*R. H. Powell & Son*, contra.

---

## HOPKINS *v.* GOOLSBY.

FISH, J.    This being a claim case, and the question in controversy being whether certain crops, levied on under an execution issued upon the foreclosure of a laborer's lien, were the property of the defendant in execu-

tion, a cropper, or of the claimant, who was the landlord, and there being evidence which might have warranted a finding for the plaintiff in execution, it was error to direct a verdict for the claimant.

*Judgment reversed. All the Justices concurring.*

Submitted April 21, — Decided May 22, 1897.

Levy and claim. Before Judge Sheffield. Early superior court. April term, 1896.

*R. H. Powell & Son*, for plaintiff.　　*G. D. Oliver*, contra.